IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-01638-PAB-MJW

SEAN MAYER,

Plaintiff(s),

v.

MUTUAL OF OMAHA LIFE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion to Vacate and Re-Set Scheduling Conference, filed with the Court on July 17, 2009, Docket Number 4, is GRANTED.  The scheduling conference set on September 16, 2009, at 9:30 a.m., is **VACATED** and **RESET** on September 23, 2009, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:  July 21, 2009