**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No. 09-cv-01638-PAB-MJW

SEAN MAYER,

    Plaintiff,

v.

MUTUAL OF OMAHA INSURANCE COMPANY,

    Defendant.

---

**ORDER SETTING HEARING UNDER FED. R. CIV. P. 16**

---

This matter comes before the Court upon the Amended Complaint [Docket No. 9] filed by the Plaintiff seeking to recover benefits under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B). In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is appropriate. It is

    ORDERED that:

    1.    A hearing is set for **September 23, 2009 at 1:30 p.m.** in Courtroom A701 at the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars. This is not a scheduling conference. The parties should not submit a proposed scheduling order.

    2.    At least ten days prior to the hearing, the parties shall meet and confer and file a joint statement addressing the following issues:

        <u>Administrative Record</u>:
- Whether the parties agree upon the administrative record.

- How much time the parties need to compile and file the administrative record.

Standard of Review:
- Whether the parties agree upon the standard of review.  If so, what is the standard of review?  If there is a disagreement, state the parties' positions.

Expedited Procedure
- Whether the parties agree that this case is amenable to an expedited determination based upon the administrative record and consideration of opposing briefs.

DATED August 11, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge