**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No. 09-cv-01638-PAB-MJW

SEAN MAYER,

    Plaintiff,

v.

MUTUAL OF OMAHA INSURANCE COMPANY,

    Defendant.

---

## ORDER OF RECUSAL

---

    This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant Mutual of Omaha Insurance Company.  For this reason, it would be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.  It is further

    ORDERED that the hearing scheduled for **September 23, 2009 at 1:30 p.m.** is vacated.

    DATED August 17, 2009.

                                                  BY THE COURT:

                                                 s/Philip A. Brimmer
                                                 PHILIP A. BRIMMER
                                                 United States District Judge