IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01638-MSK-MJW

SEAN MAYER,

Plaintiff,

v.

MUTUAL OF OMAHA LIFE INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Plaintiff's Unopposed Motion to File Second Amended Complaint, and to Dismiss Mutual of Omaha Insurance Company Without Prejudice (Docket No. 20) is granted.  It is thus further

**ORDERED** that the tendered Second Amended Complaint (Docket No. 20-4) is accepted for filing as of the date of this Minute Order, and it is further

**ORDERED** that the claims against defendant Mutual of Omaha Insurance Company are dismissed without prejudice.

Date: September 2, 2009